**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **MJ No. 1:19-mj-00139** |
| **v.** | : | |
| | : | |
| **JOSEF KOYSHMAN,** | : | |
| | : | |
| **Defendant.** | : | |

## JOINT MOTION TO SCHEDULE ARRAIGNMENT FOR AUGUST 12, 2019

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves for an order scheduling the defendant's arraignment for August 12, 2019.

The defendant resides in Nevada. The defendant is currently scheduled to make his initial appearance in this matter in this district on August 12, 2019, before a magistrate judge. Through his appointed counsel in Nevada, the defendant has alerted the government that he purchased airline tickets to appear on that date. The defendant requested that — if an indictment is issued before his initial appearance — he would like his arraignment to be scheduled for the same day so he does not need to pay to reschedule his flight and hotel. Subsequently, the indictment issued on August 7, 2019.

The defendant does not yet have counsel in the District of Columbia. The defendant was arrested in this matter at his residence in Nevada, and a federal public defender was appointed for him in Nevada. The government expects that the defendant will seek, and be qualified to receive, appointed counsel in the District of Columbia at the time of his initial appearance here. Until then, the defendant lacks local counsel, so the government is making this motion after consultation with defendant's counsel in Nevada.

The government joins in the defendant's request, as the request may prevent the defendant from incurring additional financial burdens related to his travel to the District of Columbia.

Respectfully submitted,

JESSIE K. LIU
UNITED STATES ATTORNEY
D.C. Bar Number 472845

By: _____/s/_____
THOMAS N. SAUNDERS
Assistant United States Attorneys
N.Y. Bar Number 4876975
United States Attorney's Office
555 Fourth Street, N.W.
Washington, D.C.  20530
Telephone: 202-252-7790
Email: thomas.saunders@usdoj.gov